**J Jesus GONZALEZ–URIBE,
a.k.a. Reymundo Tadeo–
Arroyo, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney
General, Respondent.**

**No. 06–75832.**

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 15, 2011.*

Filed Feb. 28, 2011.

Louis A. Gordon, Esquire, Law Offices of Louis A. Gordon, Los Angeles, CA, for Petitioner.

Carol Federighi, Esquire, Senior Litigation Counsel, Oil, M. Jocelyn Lopez Wright, DOJ–U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: CANBY, FERNANDEZ, and M. SMITH, Circuit Judges.

MEMORANDUM **

J Jesus Gonzalez–Uribe, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's removal order. We have jurisdic-

tion under 8 U.S.C. § 1252, and we grant the petition for review and remand for further proceedings.

The agency determined that petitioner was removable under the aggravated felony ground of deportation, 8 U.S.C. § 1227(a)(2)(A)(iii), based on his 1984 convictions for violating California Penal Code § 288(a). Subsequent to the agency's decision in this case, we held in *Ledezma–Galicia v. Holder*, 636 F.3d 1059 (9th Cir. 2010), that 8 U.S.C. § 1227(a)(2)(A)(iii) does not apply to convictions that occurred prior to November 18, 1988. We therefore grant the petition for review and remand to the agency in light of *Ledezma–Galicia.*

In light of our disposition, we need not address Gonzalez–Uribe's remaining contentions.

**PETITION FOR REVIEW GRANTED; REMANDED.**

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.